JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Ron Hami,                        )   Case No. **CV 14-6580-JFW(RZx)**
                                 )
              Plaintiff,         )   **JUDGMENT**
                                 )
        v.                       )
                                 )
Portfolio Recovery               )
Associates, LLC,                 )
                                 )
              Defendant.         )
_____ )

    The Court, having granted Defendant Portfolio Recovery
Associates, LLC's Motion for Summary Judgment based on its
determination that there was no genuine issue as to any
material fact and that Defendant Portfolio Recovery
Associates, LLC was entitled to judgment as a matter of law
on all claims for relief alleged against it,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND
DECREED, that judgment is entered in this action as follows:

    1.  Plaintiff Ron Hami shall recover nothing from
Portfolio Recovery Associates, LLC;

    2.  Defendant Portfolio Recovery Associates, LLC shall
have judgment in its favor on Plaintiff Ron Hami's entire

1   action; and

2       3.   Defendant Portfolio Recovery Associates, LLC shall

3   recover from Plaintiff Ron Hami its costs of suit in the sum

4   of $_____.

5

6

7

8   Dated: February 23, 2015      _____

9                                  JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28